```
                                    FILED
                                    APR 1 8 2007
                                    CLERK, U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF CALIFORNIA
                                    BY_____
                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ADRIAN LORENZANA,

        Defendant.
_____/

REASSIGNMENT ORDER

2:06-cr-430-DFL

Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Judge Edward J. Garcia for all further proceedings.

Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number 2:06 cr-430-EJG.

The parties are advised that the pending dates for the trial confirmation hearing and trial are subject to modification by the Court.

1     IT IS ALSO ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of criminal cases to
3 compensate for this reassignment.
4     IT IS SO ORDERED.

6 DATED: April 17, 2007

                       GARLAND E. BURRELL, JR.
                       Designated Chief U.S. District Judge

10     Having reviewed the file, I accept assignment of this
11 case for all further proceedings.

12 DATED: 4/17/07

                       EDWARD J. GARCIA
                       United States District Judge